■ FAITH HITCHINGS, Respondent, v VILLAGE OF SYLVAN BEACH, Defendant, and THOMAS DIXON et al., Appellants. (Appeal No. 2.) [635 NYS2d 548] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the same Memorandum as in *Hitchings v Village of Sylvan Beach* (221 AD2d 926 [decided herewith]). (Appeal from Order of Supreme Court, Oneida County, Grow, J.—Summary Judgment.) Present—Denman, P. J., Lawton, Fallon, Balio and Boehm, JJ.